UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Erick Spivey

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( ) ( )

20 MAG 9591

Defendant __**Erick Spivey**_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

**X**     Initial Appearance Before a Judicial Officer

___     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X**     Bail/Detention Hearing

___     Conference Before a Judicial Officer


S/ by the Court with consent
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Erick Spivey**
_____
Print Defendant's Name

S/ by the Court with consent
_____
Defendant's Counsel's Signature


**Susan J Walsh**
_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

9/9/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge