...

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Erick Spivey,

           Defendant(s).

-----------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

20-CR- MAG 9591 (__)(__)

Defendant __Erick Spivey__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

_X_ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

/s/Erick Spivey by SJW

Print Defendant's Name

Defense Counsel's Signature

/s/ Susan J. Walsh

Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/18/20 Date

*Kevin Nathaniel Fox*

U.S. District Judge/U.S. Magistrate Judge